Commonwealth *v.* Stinson, Appellant.

Submitted April 16, 1971. *A. M. Cohen* and *John J. Dean,* Assistant Public De-fenders, and *George H. Ross,* Public Defender, for ap-

918

pellant; *Carol Mary Los,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.